**Fill in this information to identify the case:**

Debtor name __WC Teakwood Plaza, LLC__

United States Bankruptcy Court for the: __Western__ District of __Texas__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Arnold & Placek, PC<br>203 Main St., Ste 201<br>Round Rock, TX 78664 | | Professional Services | | | | $27,293.50 |
| 2 | Gary, Porter & Donovan, PC<br>PO Box 700248<br>Dallas, TX 75730 | | Professional Services | | | | $4,250.00 |
| 3 | City of Austin<br>PO Box 2267<br>Austin, TX 78783 | | Trade | | | | $2,254.23 |
| 4 | North by Northwest, LLC<br>3801 Prairie Lane<br>Austin, TX 78728 | | Trade | | | | $1,279.43 |
| 5 | ABC Home and Commercial Serv.<br>9475 E. Highway 290<br>Austin, TX 78724 | | Trade | | | | $1,084.64 |
| 6 | Westlake Industries, LLC<br>11500 Metric Blvd., Ste 285<br>Austin, TX 78758 | | Trade | C, U | | | Unknown |
| 7 | Cupertino Builders, LLC<br>811 E. 11th St., Ste. 206<br>Austin, TX 78702 | | Trade | C, U | | | Unkown |
| 8 | Equipment Management Services<br>PO Box 50028,<br>Austin, TX 78750 | | Trade | | | | $707.63 |

Debtor: WC Teakwood Plaza, LLC

Case number (if known): _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | DVS, Inc./Primitives Furniture c/o Joel M. Sidelnik 8201 Burnet Road Austin, TX 78757 | | | C, U | | | $unkown |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |