IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| In re:<br><br>WC TEAKWOOD PLAZA, LLC[1]<br><br>        Debtors. | Chapter 11<br><br>Case No. 20-11104-tmd |
| WC TEAKWOOD PLAZA, LLC<br>        Plaintiff,<br><br>v.<br><br>8209 BURNET, LP<br>        Defendant. | Adv. Proc. No. 20-[●] |

## NOTICE OF REMOVAL

TO THE U.S. BANKRUPTCY CLERK:

Pursuant to 28 U.S.C. § 1452(a), Federal Rule of Bankruptcy Procedure 9027, and Local Rule 9027(b), Defendant 8209 Burnet, LP (the "Lender") hereby removes the above-captioned civil action, and all claims and causes of action therein, from the 261st Judicial District Court of Travis County, Texas, to the United States Bankruptcy Court for the Western District of Texas, Austin Division (this "Court").

### I. JURISDICTION AND BASIS FOR REMOVAL

1. On August 31, 2020, WC Teakwood Plaza, LLC (the "Plaintiff" or "Debtor") and Affiliated Commercial Services, Inc. ("ACS") filed a civil action (the "State Court Action") against the Lender and Bancorpsouth Bank ("Bancorp"), which was assigned to the 261st Judicial

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is: WC 4811 South Congress, LLC (0420).

#6244525

District Court of Travis County, Cause No. D-1-GN-20-004508. The Debtor's action alleges that the Lender is in breach of the loan agreements at issue in the bankruptcy case. Further, the Debtor alleges that the Lender committed fraud by "secretly working with" the predecessor lender "to use confidential information on the terms of the loan between the parties to effectuate a loan sale." *See* Petition, No. D-1-GN-20-004508, at ¶ 18.

2. On September 8, 2020, the Debtor nonsuited Bancorp and ACS nonsuited both defendants. The Lender and the Debtor are now the only parties to the State Court Action, which is styled *WC Teakwood Plaza, LLC, v. 8209 Burnet, LP*. The Lender answered the Debtor's petition on September 21, 2020.

3. On October 6, 2020 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the case styled *In re WC Teakwood Plaza LLC*, No. 20-11104-tmd.

4. Removal of the State Court Action is proper under 28 U.S.C. § 1452. The section provides, in relevant part:

> A party may remove any claim or cause of action in a civil action other than a proceeding before the United States Tax Court or a civil action by a governmental unit to enforce such governmental unit's police or regulatory power, to the district court for the district where such civil action is pending, if such district court has jurisdiction of such claim or cause of action under section 1334 of this title.

28 U.S.C. § 1452(a). The State Court Action is a qualifying civil action, and the filing of the Debtor's chapter 11 case gave the U.S. District Court for the Western District of Texas jurisdiction over all civil proceedings "arising under title 11, or arising in or related to [the Debtor's case] under title 11." 28 U.S.C. § 1334(b).

5. This Court has jurisdiction over the State Court Action because the proceedings are related to and arise in the Debtor's bankruptcy case. The State Court Action is a core proceeding under 28 U.S.C. § 157(b)(2).

6. Venue is proper under 28 U.S.C. § 1452(a) and Federal Rule of Bankruptcy Procedure 9027 because this district encompasses the court where the State Court Action is pending. Local Rule 9027(b)(1) specifies that a notice of removal under 28 U.S.C. § 1452(a) should be filed with the Clerk of the Bankruptcy Court. The Lender consents to the entry of final orders or judgment by this Court upon removal.

7. All pleadings, process, orders, and other filings in the State Court Action have been filed as exhibits to this Notice of Removal, according to Bankruptcy Rule 9027(a) and Local Rule 9027(b)(2). Notice will be served on the Debtor through its counsel of record and will be filed with the Clerk of the State Court.

8. This Notice of Removal is timely under Federal Rule of Bankruptcy Procedure 9027(a)(2) because it is filed with this Court within (90) days of the order of relief.

Dated: October 9, 2020

Respectfully Submitted,

**BRACEWELL LLP**

By: /s/ *Jason G. Cohen*
Jason G. Cohen
Texas Bar No. 24050435
Jason.Cohen@bracewell.com
William A. (Trey) Wood III
Texas Bar No. 21916050
Trey.Wood@bracewell.com
Christopher L. Dodson
Texas Bar No. 24050519
Chris.Dodson@bracewell.com
711 Louisiana, Suite 2300
Houston, Texas 77002
Telephone: (713) 223-2300
Facsimile: (713) 221-1212

*Counsel for 8209 Burnet, LP*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing was served (i) electronically on the parties registered to receive notice through the court's ECF noticing system on October 9, 2020; and (ii) via electronic mail where available, otherwise by regular U.S. mail, postage prepaid, on the parties listed on the attached Master Service List on October 9, 2020.

                                                */s/ Jason G. Cohen*
                                                Jason G. Cohen

WC Teakwood Plaza, LLC
814 Lavaca St.
Austin, TX 78701

Arnold & Placek PC
203 Main Street, Suite 201
Round Rock TX 78664

Geary Porter & Donovan PC
PO Box 700248,
Dallas, TX 75730

City of Austin
PO Box 2267
Austin, TX 78783

North by Northwest LLC
3801 Prarie Lane
Austin TX 78728

ABC Home and Commercial Services
9475 E Highway 290
Austin, TX 78724

Westlake Industries, LLC
11500 Metric Blvld, Suite 285
Austin, Texas 78758

Cupertino Builders, LLC
811 E. 11th, Suite 206,
Austin, Texas 78702

Equipment Management Services
PO Box 500028
Austin, TX 78750

DVS, Inc. | Primitives Furniture & Accessories
c/o Joel M. Sidelnik, 8201 Burnet Road
Austin, TX 78757

8209 Burnet, LP
2726 Bissonnett Street, #240-244
Houston, TX 77005-1352

Mailing Matrix (Teakwood Plaza):5555490_1

8209 Burnet, LP
2726 Bissonnett Street, #240-244
Houston, TX 77005-1352

8209 Burnet, LP
c/o Christopher Dodson
Bracewell
711 Louisiana Street, Suite 2300
Houston, TX 770002

Mailing Matrix (Teakwood Plaza):5555490_1