IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § § | Case No. 20-11104-tmd |
| **WC TEAKWOOD PLAZA LLC,** | § § | |
| Debtor. | § § | **Chapter 11** |

## AMENDED NOTICE OF EXPEDITED HEARING

PLEASE TAKE NOTICE that an expedited hearing (the "**Hearing**") on *Debtor's Motion for Interim and Final Order Authorizing Use of Cash Collateral and Providing Adequate Protection* [Doc 31] has been scheduled for **December 10, 2020 at 1:00 p.m.** in the virtual conference room of Judge Tony M. Davis in the United States Bankruptcy Court for the Western District of Texas, Austin Division (the "**Bankruptcy Court**").

The Hearing will be held via **WEBEX** and is accessible online at https://ao-courts.webex.com/meet/davis or Phone 650-479-3207 Code:160 704 4630. Parties wishing to attend the Hearing should provide any exhibits to the Bankruptcy Court (and to the undersigned counsel), as soon as reasonably possible, as follows: (1) by mail to U.S. Bankruptcy Court, Attn: Sarah Wood, Homer Thornberry Judicial Building, 903 San Jacinto, Suite 322, Austin, TX 78701; and (2) via e-mail to Sarah Wood at sarah_wood@txwb.uscourts.gov and Jennifer Lopez at jennifer_lopez@txwb.uscourts.gov.

5569333.1  FJR 23066.20

Respectfully submitted,

**FISHMAN JACKSON RONQUILLO PLLC**

/s/ Mark H. Ralston
Mark H. Ralston
State Bar No. 16489460
Fishman Jackson Ronquillo PLLC
Three Galleria Tower
13155 Noel Road, Suite 700
Dallas, TX 75240
Telephone: (972) 419-5544
Facsimile: (972) 4419-5500
E-mail: mralston@fjrpllc.com

PROPOSED COUNSEL FOR DEBTOR
WC TEAKWOOD PLAZA LLC

## CERTIFICATE OF SERVICE

The undersigned certifies that he caused a true and correct copy of the foregoing document to be served on the parties receiving electronic notice of filings in this case through the ECF system on this, the 9th day of December, 2020.

/s/ Mark H. Ralston
Mark H. Ralston

5569333.1  FJR 23066.20